IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BROTHERHOOD MUTUAL INSURANCE COMPANY, | : : : | |
| Plaintiff, | : : | CIVIL ACTION NO. 23-678 |
| v. | : : | |
| FIRST PRESBYTERIAN CHURCH OF BETHLEHEM; GLEN ADELSBERGER; LINDA BARTHOLOMEW; SUE BOEHRET; KEVIN BURNS; WILLIAM JONES, II; JESSICA MANNO; RANDY STONESIFER; CABOT THOMAS; WARREN WAITE; TERRY CLINE; TOM LUBBEN; MIKE BAITINGER; JOHN EDWARDS; STEVE FOLLETT; ERIC HUBER; LIZ KIDNEY; MARK LANG; DIANNE MCALOON; AUDREY NEY; STEVE ROWBOTTOM; VICKIE CLARK; RYAN HARTING; ROBERT V. LITTNER; JAMES OMDAHL; PETER YOUNG; P. CHARLES WALTER; JOHN LEWIS; CLARK RUTHRAUFF; ROBERT PRICE; SUSAN STEVENS; and CINDY WISEMAN, | : : : : : : : : : : : : : : : | |
| Defendants. | : | |

# ORDER

**AND NOW**, this 7th day of November, 2023, after considering the Individual Defendants[1] motion to dismiss the complaint (Doc. No. 11), the plaintiff's response in opposition to the motion (Doc. No. 20), and the arguments of counsel during oral argument on June 20, 2023; and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The Individual Defendants' motion to dismiss (Doc. No. 11) is **DENIED**;

---

[1] The moving defendants are the thirty-one individuals named in the caption. They are commonly represented, and for ease of reference the court refers to them as the "Individual Defendants." The entity defendant, First Presbyterian Church of Bethlehem (FPCB), filed a response taking no position on the motion, but requesting that any relief granted apply to all defendants. *See* FPCB Resp. to Mot. to Dismiss at 1, Doc. No. 23.

2. The defendants shall have until **December 11, 2023**, to file their answers to the complaint.

BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.